| AO 10<br>Rev. 1/2013 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2013** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>GARAUFIS, NICHOLAS G. | 2. Court or Organization<br><br>EASTERN DISTRICT OF NEW YORK | 3. Date of Report<br><br>02/06/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>UNITED STATES DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ____ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

7. Chambers or Office Address

US DISTRICT COURT EDNY
225 CADMAN PLAZA EAST
BROOKLYN, NY 11202

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 02/09/1997 | ABC, INC. PENSION PLAN MONTHLY SURVIVOR BENEFIT |
| 2. | |
| 3. | |

RECEIVED 2015 FEB 12 A 10:06 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | ABC INC. RETIREMENT PLAN - PENSION INCOME | $11,422.00 |
| 2. 2013 | YESHIVA UNIVERSITY - TEACHING | $3,400.00 |
| 3. 2013 | COLUMBIA UNIVERSITY - TEACHING | $22,500.00 |
| 4. 2013 | COMMONWEALTH FINANCIAL NETWORK - PENSION INCOME | $40,000.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | CITIZENS BUDGET COMMISSION, FORM 1099-MISC. - CONSULTING INCOME |
| 2. 2013 | SCIENCE FIRST, INC. - CONSULTING INCOME |
| 3. 2013 | JPMORGAN CHASE FOR DELOITTE, FORM 1099-R - PENSION INCOME |
| 4. 2013 | FEDCAP REHABILITATION SERVICES, FORM 1099-MISC - CONSULTING INCOME |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARAUFIS, NICHOLAS G. | 02/06/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1. RCA CAPITAL GROUP LLC BANK DEPOSIT SWEEP PROGRAM | D | Interest | L | T | | | | | |
| 2. DAVIS NEW YORK VENTURE CLASS A | A | Dividend | K | T | | | | | |
| 3. NEUBERGER BERMAN FOCUS FUND | A | Dividend | L | T | | | | | |
| 4. BLACKROCK FLEXIBLE EQUITY FD CL A | A | Dividend | K | T | | | | | |
| 5. INVESTCO VAN KAMPEN AMERICAN FRANCHISE | A | Dividend | K | T | | | | | |
| 6. INVESTCO GLOBAL GROWTH FD CL B | A | Dividend | K | T | | | | | |
| 7. ALLIANCE BALANCED SHARES CL B | A | Dividend | J | T | | | | | |
| 8. AMERICAN FUNDS: AMERICAN CAPITAL WORLD GROWTH & INCOME FUND | A | Dividend | L | T | | | | | |
| 9. ISHARES TR. RUSSELL 1000 | A | Dividend | K | T | | | | | |
| 10. FIDELITY ADVISOR INFLATION PROTECTED BD FD CL A | A | Dividend | | | Sold | 05/22/13 | J | A | |
| 11. ALLIANCE REAL ESTATE INVESTMENT FD A | A | Dividend | K | T | | | | | |
| 12. OPPENHEIMER SM & MID CAP VALUE FUND | A | Dividend | K | T | Sold (part) | 01/16/13 | J | A | |
| 13. ALLIANCE BERNSTEIN GLOBAL THEMATIC GROWTH FUND | A | Dividend | | | Sold | 11/19/13 | J | A | |
| 14. ALLIANCE GROWTH & INCOME FUND CL B | A | Dividend | K | T | | | | | |
| 15. CITY OF NEW YORK DEFERRED COMPENSATION PLAN | A | Dividend | K | T | | | | | |
| 16. ABC PENSION PLAN | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARAUFIS, NICHOLAS G. | 02/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. INVESTCO GLOBAL LOW VOLATILITY | A | Dividend | J | T | | | | | |
| 18. ISHARES MIDCAP | A | Dividend | K | T | | | | | |
| 19. ISHARES MSCI EAFE ETF | A | Dividend | K | T | Sold (part) | 05/09/13 | J | A | |
| 20. | | | | | Sold (part) | 05/16/13 | J | A | |
| 21. | | | | | Buy (add'l) | 08/14/13 | J | | |
| 22. ISHARES RUSSELL 2000 | A | Dividend | K | T | | | | | |
| 23. ISHARES MSCI EMERGING MKT | A | Dividend | J | T | Buy (add'l) | 03/28/13 | J | | |
| 24. MUTUAL SERIES CLASS C | A | Dividend | J | T | | | | | |
| 25. SPDR S&P 500 ETF TR | A | Dividend | J | T | Sold (part) | 05/15/13 | J | A | |
| 26. | | | | | Sold (part) | 06/13/13 | J | A | |
| 27. PIMCO TOTAL RETURN CL C | A | Dividend | J | T | | | | | |
| 28. OPPENHEIMER GLOBAL FUND | A | Dividend | K | T | | | | | |
| 29. INVESTCO VAN KAMPEN EQUITY & INCOME | B | Dividend | J | T | | | | | |
| 30. AMERICAN FUNDS: AMERICAN BALANCED CLASS C | A | Dividend | J | T | Sold (part) | 06/19/13 | J | A | |
| 31. ALLIANCE BERNSTEIN LG CAP GROWTH B | A | Dividend | K | T | | | | | |
| 32. AMERICAN FUNDS: AMERICAN CAPITAL INCOME BUILDER.CLASS C | A | Dividend | J | T | | | | | |
| 33. AMERICAN GROWTH FD OF AMERICA C | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARAUFIS, NICHOLAS G. | 02/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. AMERICAN FUNDS: AMERICAN HIGH INCOME CLASS FUND | B | Dividend | K | T | Sold (part) | 02/15/13 | J | A | |
| 35. | | | | | Sold (part) | 08/30/13 | J | A | |
| 36. INVESTCO DEVELOPING MKT CL A | A | Dividend | L | T | | | | | |
| 37. OPPENHEIMER INT BD FD | A | Dividend | | | Sold | 05/06/13 | J | A | |
| 38. PIMCO COMM REAL RETURN | A | Dividend | J | T | | | | | |
| 39. ROYCE TOTAL RET. INV. | A | Dividend | J | T | | | | | |
| 40. I SHARES S&P SMCAP 600 | A | Dividend | K | T | | | | | |
| 41. COLUMBIA SM CAP VAL II CIA | A | Dividend | J | T | | | | | |
| 42. EAGLE SM CAP FD A | A | Dividend | J | T | Sold (part) | 06/06/13 | J | A | |
| 43. I SHARES RUSSELL 2000 VALUE | A | Dividend | J | T | | | | | |
| 44. PIMCO UNCONSTRAINED | A | Dividend | K | T | Sold (part) | 10/24/13 | J | A | |
| 45. ARTISAN INTL INVESTOR | A | Dividend | J | T | Buy (add'l) | 06/20/13 | J | | |
| 46. | | | | | Buy (add'l) | 07/29/13 | J | | |
| 47. | | | | | Buy (add'l) | 10/03/13 | J | | |
| 48. | | | | | Buy (add'l) | 12/16/13 | J | | |
| 49. FORWARD SELECT INC INST | A | Dividend | J | T | | | | | |
| 50. ISHARES TR COHEN & STEERS REALTY | A | Dividend | J | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| GARAUFIS, NICHOLAS G. | 02/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. PIMCO HIGH YIELD A | A | Dividend | J | T | | | | | |
| 52. FORWARD TACTICAL GROWTH FD CL C | A | Dividend | J | T | | | | | |
| 53. BLACKROCK GLOBAL ALLOCATION FD CL C | A | Dividend | K | T | | | | | |
| 54. ARTISAN MID-CAP VALUE | A | Dividend | J | T | | | | | |
| 55. MAINSTAY ICAP SELECT | A | Dividend | J | T | | | | | |
| 56. DWS DREMAN SM CAP VALUES | A | Dividend | J | T | | | | | |
| 57. GOLDMAN SACHS SATELLITE STRAT PORTFOLIO | A | Dividend | J | T | Sold (part) | 09/24/13 | J | A | |
| 58. BLACKROCK EQUITY DIVIDEND | A | Dividend | J | T | | | | | |
| 59. FIDELITY ADVISORS FLOATING GHIGH INC FD | A | Dividend | J | T | | | | | |
| 60. ISHARES S&P 500 GROWTH | A | Dividend | J | T | | | | | |
| 61. ISHARES S&P MID-CAP 400 GROWTH | A | Dividend | J | T | | | | | |
| 62. ISHARES RUSSELL TOP 200 VALUE | A | Dividend | J | T | Buy | 12/06/13 | J | | |
| 63. ISHARES S&P MIDCAP 400 VALUE | A | Dividend | J | T | Buy | 06/06/13 | J | | |
| 64. PIMCO ALL ASSET ALL ACTIVITY | A | Dividend | J | T | Buy | 02/27/13 | J | | |
| 65. ALLIANZGI NFS INTL VALUE | A | Dividend | J | T | Buy | 08/05/13 | J | | |
| 66. JPMORGAN LARGE CAP GROWTH | A | Dividend | J | T | Buy | 05/06/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARAUFIS, NICHOLAS G. | 02/06/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII, PAGE 4 OF 9, LINE 16:
ABC, INC. PENSION PLAN. I AM DESIGNATED TO RECEIVE MONTHLY PENSION BENEFITS UNDER ▮▮▮▮▮▮▮▮▮ PENSION PLAN.
PART III, LINE 2 DISCLOSES INCOME RECEIVED. THESE PAYMENTS WILL CEASE UPON MY DEATH.

VII, PAGE 5 OF 9, LINE 17:
NAME CHANGED FROM  INVESTCO QUANTITATIVE CORE. TO INVESCO GLOBAL LOW VOLATILITY.

VII, PAGE 5 OF 9, LINE 19:
NAME CHANGED FROM ISHARES TRMSCI TO ISHARES MSCI EAFE ETF

| Name of Person Reporting | Date of Report |
|---|---|
| GARAUFIS, NICHOLAS G. | 02/06/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s//NICHOLAS G. GARAUFIS

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544